

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00532-CR

| | | |
|---|---|---|
| Thomas Jefferson Smallwood, Jr. | § | From the 396th District Court |
| | § | of Tarrant County (1343309R) |
| v. | § | August 6, 2015 |
| | § | Opinion by Justice Dauphinot |
| The State of Texas | § | (p) |

## JUDGMENT ON REHEARING

After considering the Appellant's motion for rehearing, we deny the motion. We withdraw our April 30, 2015 opinion and judgment and substitute the following.

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot